AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v. | ) | |
| | )<br>)<br>)<br>)<br>)<br>) | Case No.   2:26-cr-00063-4<br>FID: 11940318 |
| EMIRHAN ARSLAN | | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    EMIRHAN ARSLAN                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❒ Superseding Indictment        ❒ Information        ❒ Superseding Information        ❒ Complaint

❒ Probation Violation Petition        ❒ Supervised Release Violation Petition        ❒ Violation Notice        ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 371 CONSPIRACY TO OBSTRUCT THE DUE ADMINISTRATION OF JUSTICE; 18 U.S.C. 1503(a)
OBSTRUCTION OF THE DUE ADMINISTRATION OF JUSTICE

**RECEIVED**
**By KKrapp at 11:29 am, Mar 26, 2026**

| | |
|---|---|
| Sarah Sewall | Case Administration Supervisor |
| Name of Issuing Officer | Title of Issuing Officer |
| *Sarah Sewall* | |
| Signature of Issuing Officer | 03/25/2026       Pittsburgh |
| | Date and Location |

---

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: 3/30/26

_____
Arresting officer's signature

Ryan Ganter Special Agent
Printed name and title